Nash,
 
 J.
 

 This case is relieved from all doubt and uncertainty. The facts are few and simple, furnishing a full and complete instance, in themselves, of that malice, which is essential to constitute a case of murder ; of that
 
 mala mens,
 
 a mind regardless of the obligations of social duty and fatally bent on mischief. The parties lived in the same house. A quarrel, slight in its character, took place between them — the deceased, apparently with a wish to avoid a collison, left the house and the premises, was pursued by the prisoner, overtaken at the distance of fifty steps, and immediately stabbed. It is true that the deceased struck the first blow, but this does not mitigate the offence of the prisoner. In every stage' of the transaction he was the assailant. When he approached the deceased, his arm was raised in the attitude to strike, and with a deadly weapon. The law did not require the deceased to wait until the prisoner had executed his threat, but justified him in anticipating the premeditated assault. There can not be a doubt but that the crime of the prisoner is that of murder. We have examined the record and perceive no error in it or in the charge.
 

 Per Curiam. Ordered to be certified accordingly.